In the Matter of the Transfer Tax upon the Estate of SAMUEL FOSTER PAUL, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ERNESTINE FOUNTAIN PAUL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERE MORAY, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRANK X. BARRETT, Respondent, v. THE CONNECTICUT GENERAL LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Dowling, J., dissented and voted for reversal and reinstatement of verdict. (See 181 App. Div. 892.)

WILLIAM DELVE, Respondent, v. JOSEPH M. DEVERE, Appellant.— Determination affirmed, with costs, and judgment absolute ordered on defendant's stipulation. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Smith, J., dissented.

JOSEPH PREM, Appellant, v. CHARLES C. SHAY, as President, etc., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM A. JOHNSTON, Respondent, v. EXHIBITORS TRADE REVIEW, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BENJAMIN BLOSSOM and JOHN N. BLAIR, as Testamentary Trustees under the Will of MINNIE P. C. BLOSSOM, Deceased, Appellants. AMERICAN SURETY COMPANY and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

DAVID HARRIS, Appellant, v. WALKER M. LEVETT COMPANY, Respondent. — Determination affirmed, with costs, and judgment absolute ordered for defendant on stipulation. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Clarke, P. J., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ABELS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FREDERICK BOEHM, LTD., OF LONDON, ENGLAND, Respondent, v. PORT MORRIS CHEMICAL WORKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.